DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:  ) Chapter 13
        ) Case No. 12-51224 SLJ
URSULA Q QUINTO  )
        )
        ) **NOTICE OF UNCLAIMED DIVIDEND**
        ) Claimant:
        ) URSULA Q QUINTO
        )
        Debtor )

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, unclaimed funds in the amount of $3,324.50. The name and last known address of the claimant entitled to the unclaimed dividend is as follows:

Ursula Q Quinto
2861 Corda Dr
San Jose, CA 95122

Dated: July 03, 2017

/s/ Devin Derham-Burk
_____
DEVIN DERHAM-BURK, TRUSTEE

12-51224 SLJ - Notice of Unclaimed Dividend